IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No. 5:12-CV-806-FL

| | |
|---|---|
| ARTHUR O. ARMSTRONG, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) ORDER |
| | ) |
| MEDLIN MOTORS, INC., d/b/a Medlin Hyundai, and DON BRADY, | ) |
| | ) |
| Defendants. | ) |

This matter is before the court on the Memorandum and Recommendation ("M&R") of United States Magistrate Judge William A. Webb, regarding frivolity review of plaintiff's complaint. No objections to the M&R have been filed, and the time within which to make any objection has expired. This matter is ripe for ruling.

Upon careful review of the M&R and of the record generally, having found no clear error, the court hereby ADOPTS the recommendation of the magistrate judge as its own, and, for the reasons stated therein, the court DISMISSES plaintiff's complaint; SANCTIONS plaintiff $350.00 (the amount of the filing fee); and determines that an appeal from this order would be frivolous, in accordance with the pre-filing injunction. The clerk of court is directed to close the case.

SO ORDERED this the 8th day of May, 2013.

_____
LOUISE W. FLANAGAN
United States District Judge