UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

ARTHUR O. ARMSTRONG, )
)
        Plaintiff, )
)
v. ) JUDGMENT
) Case No. 5:12-CV-806-FL
MEDLIN MOTORS, INC. doing )
business as Medlin Hyundai and )
DON BRADY, )
)
        Defendants. )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the Memorandum and Recommendation of the United States Magistrate Judge entered April 15, 2013.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered on May 8, 2013, and for the reasons set forth more specifically therein, that plaintiff's complaint is dismissed. The court sanctions plaintiff $350.00 and determines that an appeal from its order would be frivolous. The plaintiff shall have and recover nothing from this action.

**This Judgment Filed and Entered on May 9, 2013, and Copies To:**

Arthur O. Armstrong (via U.S. Mail) 8113 Pleasant Hill Road, Elm City, NC 27822

May 9, 2013                          JULIE A. RICHARDS, CLERK
                                           /s/ Christa N. Baker
                                          (By) Christa N. Baker, Deputy Clerk